```
 1  BERNARD G. SKOMAL
    Attorney at Law
 2  1010 2nd Ave., Ste. 1850
    San Diego, CA  92101
 3  Bar Number 116239
    (619) 230-6500
 4
    Attorney for Defendant Jose Ramon Diaz-Corral
 5
 6                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
 7                    (Hon. Cathy Ann Bencivengo)

 8
    UNITED STATES OF AMERICA,    )  Case No. 07cr3266-JAH
 9                               )
             Plaintiff,          )  **Motion to Determine**
10                               )  **Competency of Defendant**
                                 )
11  v.                           )  Date: Feb. 14, 2008
                                 )
12                               )  Time: 10:00 a.m.
    JOSE RAMON DIAZ-CORRAL,      )
13                               )
             Defendant.          )
14  ─────────────────────────────)
```

15  The defendant, by and through his counsel Bernard G. Skomal, hereby moves the court to order a hearing to determine the competency of the above charged defendant as provided by Title 18 Sections 4241, et al. In support of this motion is the attached declaration of counsel establishing reasonable cause to believe the defendant is suffering from a mental disease or defect which renders him incompetent to proceed.

                                    Respectfully Submitted,


Dated: Feb. 11, 2008            /s/ Bernard G. Skomal
                                Bernard G. Skomal
                                Attorney for Defendant

1 Proof of Service:

2 I hereby certify that on Feb. 11, 2008 I electronically filed

3 defendant's Motion for a Competency Examination and Hearing with

4 the Clerk of the Court using the CM/ECF system.  I thereby served

5 the opposing party by e-filing to the Office of the Clerk, which

6 will serve the parties listed on the electronic service list for

7 this case.

9 Dated: Feb.11 , 2008                    Respectfully submitted,
                                            /s/ Bernard G. Skomal
10                                       BERNARD G. SKOMAL
                                         Attorney for Defendant