BERNARD G. SKOMAL
Attorney at Law
1010 2nd Ave., Ste. 1850
San Diego,CA  92101
Bar Number 116239
(619) 230-6500

Attorney for Defendant Jose Ramon Diaz-Corral

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07cr3266-JAH |
| Plaintiff, | ) **Declaration of Counsel** |
| v. | ) |
| JOSE RAMON DIAZ-CORRAL, | ) |
| Defendant. | ) |

I, Bernard G. Skomal, declare that the following is true and correct under penalty of perjury:

(1) I am the attorney appointed to represent the above charged defendant.  On Jan. 17, 2008 the defendant pled guilty to a violation of Title 8 USC section 1326.  On Feb. 8, 2008 counsel was made aware of a forensic report conducted by the Federal Bureau of Prisons on Feb. 2, 2002 which dealt with the defendant's competency to stand trial in case 00cr3847-L.  In that report the defendant was diagnosed with schizophrenia.  Based on this report as well as a review of the docket report for case 00cr3847 in which Judge Lorenz on Sept. 11, 2001 found the defendant not competent, counsel questioned the defendant about his understanding of the case.  Based on that interview, I have reasonable cause to believe that the defendant may not be competent to proceed as defined under

Title 18 section 4241(a).

Dated: Feb. 11, 2008                    Respectfully Submitted,

                                          /s/ Bernard G. Skomal
                                      Bernard G. Skomal
                                      Attorney for Defendant