U.S.A. vs **Jose Ramon Diaz-Corral**    No. **07CR3266-JMA**

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on **3-20-08** and ended on **3-24-08** ;( XA )
_____ and ended on _____ .( )

3161(h)

- **X** (1)(A)  Exam or hrg for **mental or physical incapacity**  A
- ___(1)(B)  **NARA exam**ination (28:2902)  B
- ___(1)(D)  State or Federal trials or **other charges pending**  C
- ___(1)(E)  **Interlocutory appeals**  D
- ___(1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)  E
- ___(1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)  F
- ___(1)(J)  **Proceedings under advisement** not to exceed thirty days  G
- ___  Misc proc: Parole or prob rev, deportation, **extradition**  H
- ___(1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less  6
- ___(1)(I)  Consideration by Court of **proposed plea agreement**  7
- ___(2)  **Prosecution deferred** by mutual agreement  I
- ___(3)(A)(B)  **Unavailability of defendant or essential witness**  M
- ___(4)  Period of **mental or physical incompetence** of defendant to stand trial  N
- ___(5)  Period of **NARA commitment or treatment**  O
- ___(6)  **Superseding indictment and/or new charges**  P
- ___(7)  **Defendant awaiting trial of co-defendant** when no severance has been granted  R
- ___(8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance  T
- ___(8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)  T1
- ___  2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea)
- ___(8)(B)(ii)  2) **Case** unusual or **complex**  T2
- ___(8)(B)(iii)  3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
- ___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel)  T4
- ___3161(I)  Time up to withdrawal of guilty plea  U
- ___3161(b)  Grand jury indictment time extended thirty (30) more days  W

Date **3-20-08**    **CAB**
Judge's Initials